No. 14-E-0190

DIANNE JACKSON
VS
P. PALIVELA RAJU, M.D. et al

IN THE 130th DISTRICT COURT
OF
MATAGORDA COUNTY, TEXAS

FILED IN
13th COURT OF APPEALS
CORPUS CHRISTI/EDINBURG, TEXAS
4/6/2015 12:58:56 PM
DORIAN E. RAMIREZ
Clerk

## NOTICE OF APPEAL

On the 23rd day of March, 2015, the defendant in the above styled cause hereby excepts to the order filed in the Court in said cause and gives Notice of Appeal.

Appellant: P. Palivela Raju, M.D.

Appellee: Dianne Jackson

Counsel for Appellant
James R. Boston, Jr.
State Bar No. 02681200
8584 Katy Freeway, Suite. 310
Houston, Texas 77024
Attorney for P.Palivela Raju, M.D.

Counsel for Appellee
Alexander Forrest, Esquire
1011 Augusta, Ste. 111
Houston, Texas 77024
Attorney For Dianne Jackson

Counsel for Diagnostic Healthcare Services
Kevin O. Murphy
9500 Arboretum Blvd., Ste. 145
Austin, Texas 78759

Notice of Appeal Filed:                    March 26, 2015

Date of Order                              March 2, 2015

Trial Court Judge:                         Honorable Ben Hardin

Court Reporter:                            Donna Reed ; No record taken.

Motion for New Trial                       No



CAUSE NO. 14-E-0190

| DIANNE JACKSON | § | IN THE DISTRICT COURT OF |
| | smata § | |
| v. | § | |
| | § | MATAGORDA COUNTY, TEXAS |
| P. PALIVELA RAJU, M.D., F.A.A.O. | § | |
| and DIAGNOSTIC HEALTHCARE | § | |
| SERVICES d/b/a ONSITE BALANCE | § | |
| SOLUTIONS, LLC | § | 23RD JUDICIAL DISTRICT |

**DEFENDANT P. PALIVELA RAJU, M.D.'s**
**NOTICE OF ACCELERATED APPEAL**

Pursuant to Texas Rule of Appellate Procedure 25.1, Defendant **P. PALIVELA RAJU, M.D.** files this notice of accelerated appeal to the 13th Court of Appeals.

2. Defendant desires to appeal from an order rendered by the 23rd Judicial District Court of Matagorda County, Texas on March 2, 2015 whereby the Honorable Judge denied Defendant's Motion to Dismiss pursuant to Section 74.351(b) of the Texas Civil Practice and Remedies Code. (Order of March 2, 2015, attached as Exhibit A).

Respectfully submitted,

**BOSTON & HUGHES, P.C.**

By: _____
James R. Boston, Jr.
SBN: 02681200
jboston@bostonhughes.com
Gary Sommer
SBN: 24010415
gsommer@bostonhughes.com
8584 Katy Freeway, Suite 310
Houston, Texas 77024
(713) 961-1122
(713) 965-0883 - Telefax
**ATTORNEYS FOR DEFENDANT,**
**P. PALIVELA RAJU, M.D.**

**FILED**
at 11:30 o'clock A. M.

MAR 2 6 2015

Jamie C. Bludau
Clerk of District Court Matagorda Co., Texas
By_____ DEPUTY

## CERTIFICATE OF SERVICE

Pursuant to Rules 21 and 21a of the Texas Rules of Civil Procedure, I hereby certify that a true and correct copy of **Defendant P. Palivela Raju, M.D.'s Notice of Accelerated Appeal** has been forwarded to all counsel of record named below by certified or regular mail and telecopier on this the March 23, 2015:

*Via Facsimile AND Certified Mail*

Mr. Alexander Forrest
Forrest & Kolodny, L.L.P.
1011 Augusta Drive   Suite 111
Houston, TX 77057
**Attorney for Plaintiff Diane Jackson**

*Via Facsimile AND regular mail*

Mr. Kevin O. Murphy
Law Office of Brian J. Judis
9500 Arboretum Boulevard, Ste. 145
Austin, TX 78759
**Attorney for Defendant Onsite Balance Solutions**

Gary Sommer

CAUSE NO. 14-E-0190

| | | |
|---|---|---|
| DIANNE JACKSON | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | MATAGORDA COUNTY, TEXAS |
| | § | |
| P. PALIVELA RAJU, M.D., F.A.A.O. | § | 23RD   JUDICIAL  DISTRICT |
| and DIAGNOSTIC HEALTHCARE | § | |
| SERVICES d/b/a ONSITE BALANCE | § | |
| SOLUTIONS, LLC | § | |

## ORDER DENYING THE MOTION TO DISMISS
## OF P. PALIVELA RAJU, M.D.

The Court has considered the Motion to Dismiss filed by defendant, P. Palivela Raju, M.D.  The Court agrees with the prior finding by Judge Denman (after the Motion to Transfer Venue was granted) and also finds that the Motion should be DENIED.

It is, therefore, ORDERED that Motion is DENIED.

SIGNED the  2  day of ~~February~~ march, 2015.

_____
BEN HARDIN
District Clerk, 23rd District Court

FILED
at 1:00 o'clock  P.  M.

MAR 0 2 2015

Jamie C. Bludau
Clerk of District Court Matagorda Co., Texas
By_____ DEPUTY

0215023.bh-Jackson/Raju/bh

EXHIBIT
A